1  Squire Patton Boggs (US) LLP
   Gabriel Colwell (CABN 216783)
2  gabriel.colwell@squirepb.com
   555 South Flower Street, 31st Floor
3  Los Angeles, California 90071
   Telephone:  +1 213 689 5126
4  Facsimile:   +1 213 623 4581

5  Jesse Taylor (*admitted pro hac vice*)
   jesse.taylor@squirepb.com
6  2000 Huntington Center
   41 S. High St.
7  Columbus, OH 43026
   Telephone:  +1 614 365 2700
8  Facsimile:   +1 614 365 2499

9  Attorneys for Defendant
   CMB Wing Lung Bank, Ltd.
10

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| 800 COLUMBIA PROJECT COMPANY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CMB WING LUNG BANK, LTD., et al.,<br><br>Defendants. | Case No. 8:21-cv-00278-JLS-ADS<br><br>**JOINT NOTICE OF SETTLEMENT AND REQUEST TO STAY CASE DEADLINES**<br><br>[*Proposed Order filed concurrently*]<br><br>Judge: Hon. Josephine L. Staton<br><br>Complaint Filed: February 12, 2021<br>FAC Filed: April 20, 2021 |

The parties hereby report to the Court that following a mediation session held on November 4, 2022, the parties have reached a full and final settlement of all claims pending in this case. They are currently preparing and executing settlement paperwork, and expect to effectuate settlement of this matter within sixty (60) days.

The parties respectfully request that the Court vacate the scheduled final pretrial conference, currently set for December 16, 2022, so as to permit the parties to fully and finally settle this matter and file a stipulation of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), which will conserve the resources of both the Court and the parties. A proposed order has been submitted contemporaneously with this Notice.

Dated: November 15, 2022

AKERMAN LLP

By: */s/ Alicia Y. Hou*
Ellen S. Robbins
Alicia Y. Hou
Jonathan M. Turner
Attorneys for Plaintiff
800 Columbia Project, LLC

Dated: November 15, 2022

SQUIRE PATTON BOGGS US LLP

By: */s/ Gabriel Colwell*
Gabriel Colwell
Jesse L. Taylor
Attorneys for Defendant
CMB Wing Lung Bank, Ltd.