**AKERMAN LLP**
ELLEN S. ROBBINS (SBN 298044)
E-mail: ellen.robbins@akerman.com
ALICIA Y. HOU (SBN 254157)
E-mail: alicia.hou@akerman.com
JONATHAN M. TURNER (SBN 320614)
Email: jonathan.turner@akerman.com
601 W. Fifth Street, Suite 300
Los Angeles, CA 90071
Telephone: (213) 688-9500
Facsimile: (213) 627-6342

**P.C.WOO & ZHONGLUN W.D. LLP**
JIE LIAN (SBN 273146)
19th Floor, Times Financial Center
4001 Shennan Avenue
Futian District, Shenzhen, PR China 518048
Telephone:  (+86) 1360 115 9239
Facsimile:  (+86 755) 8831 9191
E-Mail: lianjie@zlwd.com

Attorneys for Plaintiff
800 COLUMBIA PROJECT COMPANY, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 800 COLUMBIA PROJECT COMPANY, LLC, a Washington limited liability company;<br><br>Plaintiff,<br><br>v.<br><br>CMB WING LUNG BANK, LTD., a Hong Kong bank doing business in California; and DOES 1 to 100, inclusive;<br><br>Defendant. | Case No. 8:21-cv-00278-JLS-ADS<br><br>[Assigned to the Hon. Josephine L. Staton]<br><br>**STIPULATION TO DISMISS COMPLAINT PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>Complaint filed: February 11, 2021<br>FAC filed: April 20, 2021 |

1

CASE NO. 8:21-cv-00278-JLS-ADS
**STIPULATION TO DISMISS COMPLAINT**

1  It is hereby stipulated and agreed, by and between Plaintiff 800 Columbia Project Company, LLC and Defendant CMB Wing Lung Bank, Ltd., and the parties' respective counsel, that Plaintiff's First Amended Complaint (ECF 21) is hereby dismissed as against Defendant and all unnamed Doe defendants, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

A proposed order has been submitted contemporaneously with this stipulation.

Dated:  January 9, 2023

**AKERMAN LLP**

By: */s/ Alicia Y. Hou*
Ellen S. Robbins
Alicia Y. Hou
Jonathan M. Turner
Attorneys for Plaintiff
800 Columbia Project, LLC

Dated:  January 9, 2023

**SQUIRE PATTON BOGGS US LLP**

By: */s/ Gabriel Colwell*
Gabriel Colwell
Jesse L. Taylor
Attorneys for Defendant
CMB Wing Lung Bank, Ltd.

---

1   CASE NO. 8:21-cv-00278-JLS-ADS
**STIPULATION TO DISMISS COMPLAINT**