# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 800 COLUMBIA PROJECT COMPANY, LLC, a Washington limited liability company;<br><br>Plaintiff,<br><br>v.<br><br>CMB WING LUNG BANK, LTD., a Hong Kong bank doing business in California; and DOES 1 to 100, inclusive;<br><br>Defendant. | Case No. 8:21-cv-00278-JLS-ADS<br><br>**ORDER DISMISSING COMPLAINT PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii) (Doc. 95)** |

**ORDER**

The Court, having reviewed has reviewed the parties' Stipulation to Dismiss the Complaint Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) (Doc. 95), **HEREBY ORDERS** that Plaintiff's First Amended Complaint is DISMISSED WITH PREJUDICE.

DATED: January 13, 2023

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE